UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES CRAVEN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,    Civil No. 10-14245
    Hon. Avern Cohn

    Defendant.

_____/

## JUDGMENT OF DISMISSAL

The Court has reviewed the pleadings and the Report and Recommendation of the Magistrate Judge, and on this date concurred with and adopted the Report and Recommendation of the Magistrate Judge.

Now, therefore, IT IS ADJUDGED that defendant's motion for summary judgment is GRANTED, the plaintiff's motion summary judgment is DENIED and the case is DISMISSED.

    DAVID WEAVER

Dated: March 29, 2012    By: s/ Julie Owens
    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 29, 2012, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160